# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GWEN MARSHALL,<br><br>               Plaintiff,<br><br>vs.<br><br>WALGREEN COMPANY, et al.,<br><br>               Defendants. | Case No. 2:10-cv-01042-PMP-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #14) |

This matter is before the court on the Motion to Withdraw as Counsel (Dkt. #14) filed September 2, 2010. Keith E. Galliher, Jr. seek to withdraw as counsel of record for Plaintiff Gwen Marshall. The Motion represents that a conflict of interest has arisen, and Mr. Galliher's ethical obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure preclude him from any further representation of Plaintiff. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on June 28, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #14) is GRANTED.
2. Plaintiff shall have until **October 7, 2010** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

///

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

> Gwen Marshall
> 6530 Annie Oakey Dr., #122
> Henderson, NV 89014

Dated this 7th day of September, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE