UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWEN MARSHALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALGREEN COMPANY d/b/a WALGREENS, an Illinois corporation; WALGREENS HOME CARE, INC., an Illinois corporation; WALGREENS HEALTH INITIATIVES, INC., an Illinois corporation,<br><br>　　　　　Defendants. | 2:10-CV-01042-PMP-GWF<br><br>**ORDER** |

Before the Court for consideration is Defendant Walgreen Co.'s Motion to Dismiss (Doc. #27) filed February 27, 2011. On February 2, 2011, a Minute Order was entered advising Plaintiff Marshall she had 14 days to file her response to Defendant's Motion to Dismiss (Doc. #27), on or before February 22, 2011. As of this date, Plaintiff Gwen Marshall has failed to do so, and good cause appearing,

**IT IS ORDERED that** Defendant Walgreen Co.'s Motion to Dismiss (Doc. #27) is **GRANTED**.

DATED: March 4, 2011.

_____
PHILIP M. PRO
United States District Judge